Yves M. Coty *v.* State of Connecticut et al.

The plea in abatement by the defendant Elsie K. Coty to the writ of error from the Superior Court in New Haven County is dismissed.

The motion by the defendant Elsie K. Coty to dismiss the writ of error from the Superior Court in New Haven County is granted.

The motion by the named defendant to dismiss the writ of error from the Superior Court in New Haven County is granted.

*R. William Bohonnon,* for the appellee (defendant Elsie K. Coty).

*Stephen J. O'Neill,* assistant attorney general, for the appellee (state).

*Robert B. Snow, Jr.,* for the appellant (plaintiff).